# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00168-CV

### G. N. E.-A., a/k/a G. N. E., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

## FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY,
## NO. D-1-FM-13-001449, THE HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on March 31, 2014. LaDelle Abilez requested an extension of time to file the reporter's record.

Any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, LaDelle Abilez is hereby ordered to file the reporter's record in this case on or before April 17, 2014. If the record is not filed by that date, Abilez may be required to show cause why she should not be held in contempt of court.

It is ordered on April 9, 2014.

Before Chief Justice Jones, Justices Pemberton and Rose